Russell S. Thompson, IV (029098)
Thompson Consumer Law Group, PLLC
5235 E. Southern Ave., D106-618
Mesa, AZ 85206
602-388-8898
866-317-2674 facsimile
rthompson@consumerlawinfo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Puglia, ) | Case No. 3:15-cv-08058-DKD |
| ) | |
| Plaintiff, ) | **STIPULATION TO DISMISS PURSUANT** |
| ) | **TO SETTLEMENT** |
| vs. ) | |
| ) | |
| Thor Industries, Inc. and Paul Evert's RV) | |
| Country, Inc., ) | |
| ) | |
| Defendants. ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed without fees or costs to either party, all fees and costs having been paid and all matters in controversy for which said action was brought having been fully settled, compromised and adjourned.

Dated November 5, 2015.

For Plaintiff,                                          For Defendants,

s/ Russell S. Thompson, IV                 s/Amanda Heitz
Russell S. Thompson, IV (029098)     Amanda Heitz (026519)
Thompson Consumer Law Group, PLLC   Bowman and Brooke, LLP
5235 E. Southern Ave., D106-618       Phoenix Plaza
Mesa, AZ 85206                               2901 North Central Ave., Suite 1600
602-388-8898                                    Phoenix, AZ 85012-2736
866-317-2674 facsimile                     (602) 643-2311
rthompson@consumerlawinfo.com     (602) 248-0947
                                                          Amanda.Heitz@bowmanandbrooke.com

**CERTIFICATE OF SERVICE**

I certify that on November 5, 2015, I filed the foregoing Stipulation to Dismiss with the Clerk of the U.S. District Court for the District of Arizona using the CM/ECF system of the Court which will send notification of the same to counsel of record as follows:

Amanda Heitz
Bowman and Brooke, LLP
Suite 1600, Phoenix Plaza
2901 North Central Ave
Phoenix, AZ 85012-2736
Amanda.Heitz@bowmanandbrooke.com

                                       s/Tremain Davis
                                       Tremain Davis