IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Puglia, | No.  CV-15-8058-PCT-DKD |
| Plaintiff, | |
| v. | **ORDER** |
| Thor Industries Inc., et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation to Dismiss Pursuant to Settlement (Doc. 26),

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Dismiss Pursuant to Settlement (Doc. 26).  The suit is dismissed with prejudice and without fees or costs to either party.

Dated this 6th day of November, 2015.

David K. Duncan
United States Magistrate Judge